# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANTISEK PRIBYL,** | : | CIVIL ACTION NO. 1:20-CV-1940 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN S. SPAULDING,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 22nd day of April, 2021, upon consideration of the petition for writ of habeas corpus, (Doc. 1), and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion for extension of time to file traverse (Doc. 17) is GRANTED.

2. Petitioner's traverse (Doc. 19) is accepted as filed.

3. Petitioner's motion to allow more truth (Doc. 25) is DENIED as moot.

4. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

5. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
